UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00878**

———————————————————————X

WENDY GILLETTE,

                    Plaintiff,                       Docket No.:

               -against-

HILTON HOTELS CORPORATION,

                    Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

JAN

U.S.D.C.S.D.N.Y.

———————————————————————X

       Defendant-Respondent HILTON HOTELS CORPORATION, by its attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for its Rule 7.1 Statement, hereby alleges as follows:

       1.     HILTON HOTELS CORPORATION, LLP is a Delaware business maintaining its principal place of business in California, and is not a publicly traded corporation.

Dated: New York, New York
        January 24, 2008

                                     Yours, etc.,

                                     WHITE FLEISCHNER & FINO, LLP

                                     By: _____

                                      DANIEL M. STEWART (DS 7989)
                                      Attorneys for Defendant
                                      61 Broadway, 18th Floor
                                      New York, New York 10006
                                      (212) 487-9700
                                      Our File No.: 105-13049-D-PAF/DMS

TO:    (See Attached Affidavit)

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on January 25, 2008, deponent served the within **RULE 7.1 DISCLOSURE STATEMENT,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:


TO:

Ray Silverman, Esq.
Parker & Waichman, LLP
111 Great Neck Road, Suite 101
Great Neck, New York 11021
(516) 466-6500

Wendy Jantz

Sworn to before me this
25, day of January, 2008

LAUREN RICCIO MELTZER
NOTARY PUBLIC, State of New York
No. 01RI5082855
Qualified in King County
Commission Expires July 28, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY GILLETTE,

Plaintiff,

-against-

HILTON HOTELS CORPORATION,

Defendant.

## RULE 7.1 DISCLOSURE STATEMENT

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for DEFENDANT, HILTON HOTELS CORPORATION*
**61 BROADWAY**
**NEW YORK, N.Y. 10006**
**(212) 487-9700**

*To:*
*Attorney(s) for*

*Service of a copy of the within*      is hereby admitted.
*Dated:*

........................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐   *that the within is a (certified) true copy of a*
    *entered in the office of the clerk of the within named Court on*

NOTICE OF
ENTRY

☐   *that an Order of which the within is a true copy will be presented for settlement to the Hon.*
    *one of the judges of the within named Court, at , on , at  .*

NOTICE OF
SETTLEMENT

*Dated:*

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for*

**61 BROADWAY**
**NEW YORK, N.Y. 10006**