# WHITE FLEISCHNER & FINO, LLP

61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

February 05, 2008

Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 14A
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

RECEIVED FEB 06 2008 CHAMBERS OF RICHARD M. BERMAN USDJ

Re:   Gillette, Wendy v. Hilton Hotels Corporation
      Docket No.: 08CV0878 (RMB)
      Our File No.: 105-13049-D-PAF/DMS
      Handling Attorneys: Paul A. Fino, Jr. and Daniel M. Stewart

**MEMO ENDORSED**
p 2

Dear Judge Berman:

Our office represents Hilton Hotels Corporation in the above-captioned lawsuit.

In brief, plaintiff Wendy Gillette claims that she sustained personal injuries while a guest at the Hilton Hotel in Phuket, Thailand, on March 13, 2007.

Pursuant to your Order dated January 31, 2008, enclosed are courtesy copies of our Rule 7.1 Statement, as well as all prior pleadings in the case.

This case is scheduled for an initial conference before Your Honor on February 29, 2008, at 9:00 a.m. By this correspondence, we respectfully request that the conference also be treated as a pre-motion conference. Defendant intends to file for dismissal of the case.

It is defendant's intention to move for dismissal of the case pursuant to FRCP 12(b), because plaintiff does not have personal jurisdiction over the Hilton Hotels Corporation. The Hilton Hotels Corporation does not have the necessary minimum contacts with the State of New York, such that the plaintiff's lawsuit can be maintained here.

Even if plaintiff can establish jurisdiction over the defendant, it is neither owner nor manager of the hotel where plaintiff's alleged accident occurred. Defendant's motion will establish that plaintiff has named the wrong defendant in this lawsuit.

Further, it is defendant's position that this matter should not be litigated in the United States, pursuant to the doctrine of *forum non conveniens*. Plaintiff's alleged injuries occurred in Thailand, and Thailand can provide a viable forum for plaintiff's claims.

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

Hon. Richard M. Berman, U.S.D.J.
February 5, 2008
Page 2


Thank you for your kind consideration.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Daniel M. Stewart
dstewart@wfflaw.com

DMS/wj
Enclosures

cc:

Ray Silverman, Esq.
Parker & Waichman, LLP
111 Great Neck Road, Suite 101
Great Neck, New York 11021

---

Pl to respond with 2-3 pp letter by 2/13/08 (NOON).

SO ORDERED:
Date: 2/6/08
Richard M. Berman, U.S.D.J.