UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Wendy Gillette
        Plaintiff(s),

                    - v -

Hilton
        Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 0878 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _____

(ii)  Amend the pleadings by  3/21/08 (Final amendment)

(iii) All discovery to be **expeditiously** completed by July 3, 2008 (FACT)

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions  with proposals On July 8, 2008 @ 10:00 A.M.

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other  Discovery to Proceed + issues to be resolved by Magistrate Judge Eaton

SO ORDERED: New York, New York
           2/29/08

                                    RMB
                                    _____
                                    Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08